

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2018

No. 04-18-00836-CV

Allan W. **MAJESKI,**
Appellant

v.

**FROST BANK,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00427
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant Allan W. Majeski, an inmate acting pro se in a civil suit, filed a notice of appeal with this court on November 5, 2018. The clerk's record has not been filed, and Appellant's notice of appeal does not state that he is presumed indigent under Rule 20.1(b). *Contra* TEX. R. APP. P. 20.1(b)(2).

We ORDER Appellant to file in this court within THIRTY DAYS of the date of this order (1) a separate affidavit or unsworn declaration listing the previous pro se actions he has brought and (2) a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.002(a) (applying an affidavit or unsworn declaration and other requirements to inmate appeals); *id.* § 14.004 (requiring a pro se inmate asserting inability to pay costs to file a detailed list of previous pro se actions and a certified copy of the inmate's trust account statement).

Appellant's affidavit or unsworn declaration and certified statement must be timely filed and must meet the applicable statutory requirements. *E.g.*, *id.* § 14.004(a) (affidavit or declaration of actions); *id.* § 14.004(b) (dispositions); *id.* § 14.004(c) (account statement).

We warn Appellant that this court may dismiss this appeal **without further notice** if Appellant fails to timely file the statutorily required documents. *Cf. Douglas v. Moffett*, 418 S.W.3d 336, 340 (Tex. App.—Houston [14th Dist.] 2013) (dismissing an appeal where an inmate failed to comply with Chapter 14 requirements); *Amir-Sharif v. Mason*, 243 S.W.3d 854, 857

(Tex. App.—Dallas 2008, no pet.) (recognizing that a trial court may dismiss an indigent inmate's suit without notice or hearing for failing to file the previous actions affidavit or declaration).

All other appellate deadlines are SUSPENDED pending further order of this court.



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2018.

KEITH E. HOTTLE,
Clerk of Court